UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-37-BR

| | |
|---|---|
| MICHAEL CAIOLA, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     ORDER<br>) |
| LUMBER LIQUIDATORS, INC., et al. | )<br>) |
| Defendants. | ) |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 9 March 2015.

_____
W. Earl Britt
Senior U.S. District Judge